Patricia A. Lee
CONNELL FOLEY LLP
888 7th Avenue, 9th Floor
New York, New York 10106
(212) 307-3700
*Attorneys for Defendant*
*Aetna Life Insurance Company*

SUPREME COURT OF THE STATE OF NEW YORK
NEW YORK COUNTY

| | |
|---|---|
| PERRY A. FRANKEL, M.D. AND ADVANCED CARDIOVASCULAR DIAGNOSTICS, PLLC,<br><br>    Plaintiffs,<br><br>-against-<br><br>U.S. HEALTHCARE, INC. d/b/a AETNA U.S. HEALTHCARE, INC. d/b/a AETNA HEALTH, INC., AND AETNA, INC. d/b/a AETNA.<br><br>    Defendants. | Index No. 652637/2018<br><br>**NOTICE TO CLERK OF SUPREME COURT OF FILING NOTICE OF REMOVAL**<br><br>*Filed Electronically* |

To:   Clerk of the Supreme Court
      Supreme Court, New York County
      60 Centre Street
      New York, New York 10007

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Aetna Life Insurance Company, appearing on behalf of improperly pled U.S. Healthcare, Inc. d/b/a Aetna US Healthcare, Inc. d/b/a Aetna Health, Inc. and Aetna, Inc. d/b/a Aetna (collectively, "Aetna"), filed on this 13th day of July, 2018, a Notice of Removal of the above-captioned matter in the United States District Court for the Southern District of New York. Pursuant to 28 U.S.C. § 1446(d), this effects the removal of the case, and the State Court may proceed no further unless the case is remanded.

A true and correct copy of the Notice of Removal is attached hereto as Exhibit A.

4593527-1

                                        CONNELL FOLEY LLP

DATED: July 13, 2018              By: *s/Patricia A. Lee*
                                                    Patricia A. Lee
                                                    plee@connellfoley.com
                                                    56 Livingston Avenue
                                                    Roseland, New Jersey 07068
                                                    Telephone: (973) 535-0500
                                                    Facsimile: (973) 535-0500

                                                    -and-

                                                    888 Seventh Avenue, 9th Floor
                                                    New York, NY 10106
                                                    Telephone: (212) 262-2390
                                                    Facsimile: (212) 262-0050

                                                    *Attorneys for Defendant Aetna Life*
                                                    *Insurance Company*

4593527-1