Patricia A. Lee
**CONNELL FOLEY LLP**
888 7th Avenue, 9th Floor
New York, New York 10106
(212) 307-3700
*Attorneys for Defendant*
*Aetna Life Insurance Company*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: __7/19/2018__
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PERRY A. FRANKEL, M.D. AND ADVANCED CARDIOVASCULAR DIAGNOSTICS, PLLC,<br><br>  Plaintiffs,<br><br>-against-<br><br>U.S. HEALTHCARE, INC. d/b/a AETNA U.S. HEALTHCARE, INC. d/b/a AETNA HEALTH, INC., AND AETNA, INC. d/b/a AETNA.<br><br>  Defendants. | Civil Action No. 1:18-cv-06378-ER<br><br>**STIPULATION AND ORDER**<br><br>*Filed Electronically* |

      **THIS MATTER** having come before the Court upon the joint application of Plaintiffs, Perry A. Frankel, M.D. and Advanced Cardiovascular Diagnostics, PLLC, ("Plaintiffs"), and Defendant Aetna Life Insurance Company, appearing on behalf of improperly pled U.S. Healthcare, Inc. d/b/a Aetna US Healthcare, Inc. d/b/a Aetna Health, Inc. and Aetna, Inc. d/b/a Aetna ("Aetna"), for an extension of time within which Defendant may reply, plead, or otherwise respond as to Plaintiffs' Verified Complaint from July 20, 2018 to August 20, 2018; and this extension request being made without prejudice to Plaintiffs' right to move to remand within the time provided under the Federal Rules of Civil Procedure; and the Court having considered the pleadings in this matter and for other and good cause having been shown,

4609235-1

**IT IS** on this _____day of _____, 2018;

**ORDERED** that Aetna's time to reply, plead, or otherwise respond to Plaintiffs' Amended Complaint is hereby extended until August 20, 2018.

We hereby consent to the form and entry of the within Order:

**CUSHNER & ASSOCIATES, P.C.**
*Attorneys for Plaintiffs*

By:  *s/ Todd S. Cushner*
         Todd S. Kushner

**CONNELL FOLEY LLP**
*Attorneys for Defendant*
*Aetna Life Insurance Company*

By:  *s/ Patricia A. Lee*
         Patricia A. Lee

             **SO ORDERED:**

             _____
             Edgardo Ramos, U.S.D.J
             Dated: __7/19/2018_____
             New York, New York