Elyse Schier Tormey, Esquire
**CONNELL FOLEY LLP**
888 7th Avenue, 9th Floor
New York, New York 10106
(212) 307-3700
*Attorneys for Defendant*
*Aetna Life Insurance Company*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PERRY A. FRANKEL, M.D. AND ADVANCED CARDIOVASCULAR DIAGNOSTICS, PLLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. HEALTHCARE, INC. d/b/a AETNA U.S. HEALTHCARE, INC. d/b/a AETNA HEALTH, INC., AND AETNA, INC. d/b/a AETNA.<br><br>　　　　　Defendants. | Civil Action No. 1:18-cv-06378<br><br>**NOTICE OF APPEARANCE**<br><br>*Filed Electronically* |

**PLEASE TAKE NOTICE** that Elyse Schier Tormey, of the law firm Connell Foley LLP, hereby enters an appearance as counsel on behalf of Aetna Life Insurance Company, improperly pled as U.S. Healthcare, Inc. d/b/a Aetna US Healthcare, Inc. d/b/a Aetna Health, Inc. and Aetna, Inc. d/b/a Aetna (collectively, "Aetna"), and requests that copies of all papers in this action be served upon the undersigned.

Dated: July 18, 2018

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　CONNELL FOLEY LLP

　　　　　　　　　　　　　　　　　　*s/ Elyse Schier Tormey*
　　　　　　　　　　　　　　　　　　Elyse Schier Tormey
　　　　　　　　　　　　　　　　　　ESchier@connellfoley.com
　　　　　　　　　　　　　　　　　　56 Livingston Avenue
　　　　　　　　　　　　　　　　　　Roseland, New Jersey 07068
　　　　　　　　　　　　　　　　　　Telephone: (973) 535-0500
　　　　　　　　　　　　　　　　　　Facsimile: (973) 535-0500

4607114-1

2

-and-

888 Seventh Avenue, 9th Floor
New York, NY 10106
Telephone: (212) 262-2390
Facsimile: (212) 262-0050

*Attorneys for Defendant Aetna Life Insurance Company*