Patricia A. Lee
CONNELL FOLEY LLP
888 7th Avenue, 9th Floor
New York, New York 10106
(212) 307-3700
*Attorneys for Defendant*
*Aetna Life Insurance Company*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PERRY A. FRANKEL, M.D. AND ADVANCED CARDIOVASCULAR DIAGNOSTICS, PLLC,<br><br>Plaintiffs,<br><br>-against-<br><br>U.S. HEALTHCARE, INC. d/b/a AETNA U.S. HEALTHCARE, INC. d/b/a AETNA HEALTH, INC., AND AETNA, INC. d/b/a AETNA.<br><br>Defendants. | Civil Action No.: 1:18-cv-06378<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>*Filed Electronically* |

Pursuant to Federal Rule of Civil Procedure 7.1(a), and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Aetna Life Insurance Company, appearing on behalf of improperly pled U.S. Healthcare, Inc. d/b/a Aetna US Healthcare, Inc. d/b/a Aetna Health, Inc. and Aetna, Inc. d/b/a Aetna, certifies as to the following information regarding Defendant's corporate parents, affiliates and/or subsidiaries:

1.      Aetna Inc. is a publicly-owned corporation whose stock is traded on the New York Stock Exchange under the symbol "AET." Further, Aetna Inc. has no parent corporations, subsidiaries or affiliates that have issued shares to the public.

4607455-1

2. Aetna Health Inc. and Aetna Life Insurance Company are wholly owned subsidiaries of Aetna Inc.

3. U.S. Healthcare, Inc. d/b/a Aetna US Healthcare, Inc. is a non-existent entity.

CONNELL FOLEY LLP

Dated:  August 7, 2018   By: *s/Patricia A. Lee*
                             Patricia A. Lee

*Attorneys for Defendant Aetna Life Insurance Company*