UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PERRY A. FRANKEL, M.D. AND
ADVANCED CARDIOVASCULAR                       CASE NO. 18-CV-06378
DIAGNOSTICS, PLLC,

      PLAINTIFFS,      NOTICE OF
                 <u>APPEARANCE</u>
   V.

US HEALTHCARE, INC. D/B/A/ AETNA US
HEALTHCARE, INC. D/B/A AETNA HEALTH, INC.
AND AETNA, INC. D/B/A AETNA

      DEFENDANTS.
-----------------------------------------------------------------X

  **PLEASE TAKE NOTICE THAT** Plaintiffs, PERRY A. FRANKEL, M.D. AND ADVANCED CARDIOVASCULAR DIAGNOSTICS, PLLC hereby appear in this action, and that the undersigned have been retained as attorney and demands that copies of all papers and proceedings had herein be served upon the undersigned at the office indicated below. I certify that I am admitted to practice in this Court.

Dated: White Plains, New York
    August 20, 2018

                Respectfully submitted,

            By: *James J. Rufo*
              James J. Rufo, Esq.
              Cushner & Associates, P.C.
              *Attorneys for Plaintiffs*
              399 Knollwood Road, Suite 205
              White Plains, New York 10603
              (914) 600-5502 / (914) 600-5544
              jrufo@cushnerlegal.com

TO:
Gregory Scott Voshell
Elliott Greenleaf, PC
925 Harvest Drive, Suite 300
Blue Bell, PA 19422
gsv@elliottgreenleaf.com

Mark Joseph Schwemler
Elliott Greenleaf, PC
925 Harvest Drive, Suite 300
Blue Bell, PA 19422
mjs@elliottgreenleaf.com


**Elyse Schier**
Landman Corsi Ballaine & Ford, PC (Newark)
One Gateway Center, 4th Floor
Newark, NJ 07102
etormey@connellfoley.com


**Thomas B. Helbig**
Elliott Greenleaf, PC
925 Harvest Drive, Suite 300
Blue Bell, PA 19422
tbh@elliottgreenleaf.com


**Patricia Ann Lee**
Connell Foley LLP (NJ)
56 Livingston Avenue
Roseland, NJ 07068
plee@connellfoley.com