UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

Perrry A. Frankel, MD, et al

                           Plaintiff,

    -against-

Aetna, Inc., et al

                           Defendant.
-------------------------------------------------------

Case No. 18-cv-6378 (ER) (BCM)

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

                           **James J. Rufo**
                         FILL IN ATTORNEY NAME

My SDNY Bar Number is: JR1218    My State Bar Number is 5152210

I am,

    [✔] An attorney
    [ ] A Government Agency attorney
    [ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Garvey, Cushner & Tirelli, Ltd.
                    FIRM ADDRESS: 50 Main Street, Suite 390 White Plains, NY 10601
                    FIRM TELEPHONE NUMBER: (914) 946-2200
                    FIRM FAX NUMBER: (914) 946-1300

NEW FIRM:    FIRM NAME: Cushner & Associates, P.C.
                    FIRM ADDRESS: 399 Knollwood Rd. Ste. 205, White Plains, NY 10603
                  FIRM TELEPHONE NUMBER: (914) 600-5502
                  FIRM FAX NUMBER: (914) 600-5544

    [✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 08/20/2018

                                          /s/ James J. Rufo
                                          ATTORNEY'S SIGNATURE