UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
PERRY A. FRANKEL, M.D. AND ADVANCED
CARDIOVASCULAR DIAGNOSTICS, PLLC,

CASE NO. 18-CV-6378 (ER)

PLAINTIFFS

-AGAINST-

U.S. HEALTHCARE, INC. d/b/a AETNA
U.S. HEALTHCARE, AETNA, INC. AND AETNA, INC.,

DEFENDANTS
------------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK           )
COUNTY OF WESTCHESTER       ) ss.:

    I, Alyssa Fiorentino, being duly sworn, deposes and says, I am not a party to the action, I am over 18 years of age and I reside in Rockland County, New York.  On **August 29, 2018,** I served the within: **Amended Complaint** upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed by first class mail post-paid properly addressed wrapper in an official depository under the exclusive care and custody of United States Postal Service within the State of New York:

To:

**Gregory Scott Voshell, Esq.**
Elliott Greenleaf, PC
925 Harvest Drive, Suite 300
Blue Bell, PA 19422

**Thomas B. Helbig, Esq.**
Elliott Greenleaf, PC
925 Harvest Drive, Suite 300
Blue Bell, PA 19422

**Mark Joseph Schwemler, Esq.**
Elliott Greenleaf, PC
925 Harvest Drive, Suite 300
Blue Bell, PA 19422

**Patricia Ann Lee, Esq.**
Connell Foley LLP (NJ)
56 Livingston Avenue
Roseland, NJ 07068

**Elyse Schier, Esq.**
Landman Corsi Ballaine & Ford, PC
One Gateway Center, 4th Floor
Newark, NJ 07102

                                                                        */s/ Alyssa Fiorentino*
                                                                          Alyssa Fiorentino

Sworn before me on this
29th day of August, 2018

*/s/ Todd S. Cushner*
Todd S. Cushner
REG # 02CU6071553
Notary Public, State of New York
Certified in Queens County
NY Commission Expires 3/18/2022