UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

PERRY A. FRANKEL, M.D., et al.            Case No. 1:18-cv-06378
                        Plaintiff,

    -against-
U.S. HEALTHCARE, INC., d/b/a/
AETNA U.S. HEALTHCARE, INC.   Defendant.
--------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending         [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

                                 Elyse Schier Tormey
                                 FILL IN ATTORNEY NAME

My SDNY Bar Number is: ES0809      My State Bar Number is 5394259

I am,
      [✓] An attorney
      [ ] A Government Agency attorney
      [ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Landman Corsi Ballaine & Ford, P.C.
                 FIRM ADDRESS: One Gateway Center, 4th floor
                 FIRM TELEPHONE NUMBER: 973-623-2700
                 FIRM FAX NUMBER: 973-623-4496

NEW FIRM:    FIRM NAME: Connell Foley LLP
                 FIRM ADDRESS: 888 7th Avenue, 9th Fl., New York, New York 10106
                 FIRM TELEPHONE NUMBER: (212) 307-3700
                 FIRM FAX NUMBER: (212) 262-0500

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: September 6, 2018

                                                        ATTORNEY'S SIGNATURE