IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PERRY A. FRANKEL, M.D. AND ADVANCED CARDIOVASCULAR DIAGNOSTICS, PLLC,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. HEALTHCARE, INC. d/b/a AETNA U.S. HEALTHCARE, INC. d/b/a AETNA HEALTH, INC., AND AETNA, INC. d/b/a AETNA.<br><br>Defendants. | Civil Action No.: 1:18-cv-06378-ER-BCM<br><br><br><br>**NOTICE OF MOTION TO DISMISS** |

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Mark J. Schwemler, Esq., including all the exhibits attached thereto, and upon the accompanying Memorandum of Law, Defendant Aetna Life Insurance Company (improperly pled in the caption as U.S. Healthcare, Inc. d/b/a Aetna U.S. Healthcare, Inc. d/b/a Aetna Health, Inc., and Aetna, Inc. d/b/a Aetna) will move this Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, before the Honorable Edgardo Ramos, United States District Judge, for an Order dismissing this action with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

In accordance with the schedule set by this Court, Defendant's moving papers will be filed and served on November 5, 2018; Plaintiffs' answering papers shall be filed and served on December 5, 2018; and Defendant's reply papers shall be filed and served on December 19, 2018.

        Respectfully submitted,

        **Connell Foley LLP**

        */s/ Patricia A. Lee*
        Patricia A. Lee
        Elyse S. Tormey
        888 Seventh Avenue, 9th Floor
        New York, NY 10106
        212-307-3700
        PLee@connellfoley.com
        ESchier@connellfoley.com

        **Elliott Greenleaf, P.C.**

        Mark J. Schwemler
        Gregory S. Voshell
        Thomas B. Helbig, Jr.
        925 Harvest Drive, Suite 300
        Blue Bell, PA 19422
        215-977-1000
        mjs@elliottgreenleaf.com
        gsc@elliottgreenleaf.com
        tbh@elliottgreenleaf.com

        *Counsel for Defendant Aetna Life Insurance Company*

Dated: November 5, 2018