# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PERRY A. FRANKEL, M.D. AND ADVANCED CARDIOVASCULAR DIAGNOSTICS, PLLC,<br><br>            Plaintiffs,<br><br>v.<br><br>U.S. HEALTHCARE, INC. d/b/a AETNA U.S. HEALTHCARE, INC. d/b/a AETNA HEALTH, INC., AND AETNA, INC. d/b/a AETNA.<br><br>            Defendants. | Civil Action No.: 1:18-cv-06378-ER-BCM<br><br><br>**MOTION TO DISMISS** |

## [PROPOSED] ORDER

AND NOW, this _____day of_____, 2018, upon consideration of Defendant's Motion to Dismiss, and any response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.  It is **FURTHER ORDERED** that this action is **DISMISSED WITH PREJUDICE**.

                                                                                                Ramos, J.