

Connell Foley LLP
888 Seventh Avenue
9th Floor
New York, NY 10106
P 212.307.3700   F 212.262.0050

**Patricia A. Lee**
Partner
Direct Dial 973.840.2444
PLee@connellfoley.com

**MEMO ENDORSED**

September 27, 2019

**VIA ELECTRONIC FILING**
Honorable Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> The application is  X  granted
> ___ denied
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: September 30, 2019
> New York, New York

    Re: ***Frankel, M.D. et al v. U.S. Healthcare, Inc. d/b/a Aetna U.S. Healthcare, Inc. d/b/a Aetna Health, Inc. et al.***
          **Civil Action No: 1:18-cv-06378-ER-BCM**
          **First Request for Extension of Time to Respond to Complaint-With Consent**

Dear Judge Ramos:

This firm represents Defendant Aetna Life Insurance Company, appearing on behalf of improperly pled U.S. Healthcare, Inc. d/b/a Aetna US Healthcare, Inc. d/b/a Aetna Health, Inc. and Aetna, Inc. d/b/a Aetna (collectively, "Aetna") in the above referenced matter.

On September 17, 2019, the Court issued a ruling on Aetna's Motion to Dismiss and, per the Federal Rules of Civil Procedure, Aetna is currently required to respond to the Amended Complaint on or before October 1, 2019. Aetna herein respectfully seeks to extend this deadline until October 15, 2019. In support of this application, Aetna states:

- Plaintiffs' counsel has consented to this extension request;

- This is Aetna's first request with respect to the deadline to respond to the Amended Complaint following the issuance of the Court's ruling on the Motion to Dismiss;

- This extension request is made in advance of Aetna's deadline to respond;

- There are no other deadlines affected by this extension.

- No party will be prejudiced by this extension of time to October 15, 2019.

Hon. Edgardo Ramos, U.S.D.J.
September 27, 2019
Page 2

    A stipulation and proposed Order is submitted herewith. Thank you for your consideration of this matter.

                      Respectfully yours,

                      CONNELL FOLEY LLP

                      *s/ Patricia A. Lee*

                      Patricia A. Lee

cc:    All Counsel of Record (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 30, 2019