UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
PERRY A. FRANKEL, M.D. AND ADVANCED
CARDIOVASCULAR DIAGNOSTICS, PLLC,

                                    CASE NO. 18-CV-6378-ER-BCM

          PLAINTIFFS

-AGAINST-                              NOTICE OF VOLUNTARY
                                          DISMISSAL PURSUANT TO
U.S. HEALTHCARE, INC. d/b/a AETNA        F.R.C.P. 41(a)(1)(A)(i)
U.S. HEALTHCARE, AETNA, INC. AND AETNA, INC.,

          DEFENDANTS
-------------------------------------------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

     Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs Perry A. Frankel, M.D. and Advanced Cardiovascular Diagnostics, PLLC and their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice against the defendants Aetna Life Insurance Company, appearing for U.S. Healthcare, Inc. d/b/a Aetna U.S. Healthcare, Inc. d/b/a Aetna Healthcare, Inc. and Aetna, Inc. d/b/a Aetna.

Dated: White Plains, New York
         April 21, 2020

                                              Respectfully submitted,

By: _____
        Todd S. Cushner, Esq.
        Cushner & Associates, P.C.
        *Attorneys for Plaintiffs*
        399 Knollwood Road, Suite 205
        White Plains, New York 10603
        (914) 600-5502 / (914) 600-5544
        todd@cushnerlegal.com